# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154071 & (38)(39)(45)(46)(47)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

BRUCE ALAN WEAVER,
          Defendant-Appellant.

SC: 154071
COA: 326468
Eaton CC: 14-020156-FC

_____/

On order of the Court, the motions to add issues are GRANTED. The application for leave to appeal the May 19, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to expand the record and the motions to remand are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017



Clerk

s1212